**PRESTO FOOD PRODUCTS, INC.,**
Plaintiff/Respondent,

v.

**APPLE LINES, INC.,**
Defendant/Appellant.

**No. WD 40175.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1988.

David B. Sexton, Jane Pansing Brown, Kansas City, for defendant/appellant.

Tom B. Kretsinger, Liberty, for plaintiff/respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

**PER CURIAM**

Appeal from decision of trial court entering judgment against Apple Lines, Inc., and in favor of Presto Food Products, Inc.

AFFIRMED. Rule 84.16(b).